**IT IS ORDERED as set forth below:**

**Date: March 12, 2014**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br>Luther Holmes,<br>Gwenzella L. Holmes,<br>Debtors. | CHAPTER 7<br><br>JUDGE BARBARA ELLIS-MONRO<br><br>CASE NO. 13-64738 |
| Gateway One Lending & Finance, LLC,<br>Plaintiff,<br><br>v.<br><br>Luther Holmes and<br>Gwenzella L. Holmes,<br>Defendants. | Adversary Proceeding No.<br>13-05338 |

## CONSENT JUDGMENT ON COMPLAINT TO DETERMINE DISCHARGEABILITY
## OF DEBT PURSUANT TO 11 U.S.C. §§523(a)(2)(A) and 523(a)(2)(B)

IT APPEARING that Plaintiff GATEWAY ONE LENDING & FINANCE, LLC

("G.O.L.F.") filed a Complaint pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (B) on or about

September 27, 2013 (the "Complaint"), and Defendants Luther Holmes and Gwenzella L.

Holmes (collectively "Defendants") filed an answer to the Complaint on October 29, 2013, and it

appearing that G.O.L.F. and Defendants have agreed to settle and compromise the dispute, it is,

**ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiff and against

Defendants and the Defendants' debt to Plaintiff is hereby declared non dischargeable pursuant

to 11 U.S.C. §§ 523(a)(2)(A) and (B) and is excepted from discharge.  The Judgment will not be

discharged in this case or any other case Defendants may file under Title 11 of the United States

Code pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (B).

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff have and recover a

Judgment (the "Judgment") against the Defendants, jointly and severally, in the total amount of

Thirty-Three Thousand One Hundred Fifty Seven and 52/100 Dollars ($33,157.52) (the

"Judgment Amount"), which sum is comprised of $26,155.84 principal, $2,039.57 interest,

$450.00 late charges, $2,347.11 legal fees and $2,165.00 repossession expenses.

**IT IS FURTHER ORDERED AND ADJUDGED** that a Writ of Execution shall issue

in favor of Plaintiff for the above amounts.

**IT IS FURTHER ORDERED** that Plaintiff shall forbear from taking any action to

enforce the Judgment, except as prescribed herein, provided Defendants make payments to

Plaintiff in satisfaction of the Judgment Amount as follows: commencing February 15, 2014[1],

Defendants shall pay $150.00 monthly to Plaintiff, with payments continuing on the 15th day of

each successive month thereafter; commencing January 15, 2016, Defendants shall pay $400.00

monthly to Plaintiff, with payments continuing on the 15th day of each successive month

thereafter, until the Judgment Amount is paid in full.  Defendants may prepay the entire amount

at any time without penalty.  Payments are to be made payable to G.O.L.F. and mailed to the

following address:  160 N. Riverview Drive, Suite 100, Anaheim, CA 92808.

**IT IS FURTHER ORDERED** that time is of the essence in this Judgment.  Provided

that Defendants make the payments as set forth above, G.O.L.F. will not take any action to

---

[1]Plaintiff acknowledges receipt of the first installment payment due on February 15, 2014, prior to the submission of this Consent Judgment.

collect any amounts owed or otherwise enforce this Judgment.  Upon timely payments as set

forth above, Defendants' obligations to G.O.L.F. shall be satisfied and paid in full.  If the

Defendants fail to make any payments as agreed, G.O.L.F. shall provide Defendants and their

attorney of record notice of the default by first class mail and Defendants shall have ten (10)

days from the date the notice is mailed to cure the default.

For the purposes of notice under this Judgment, the addresses to be used are:

For the Plaintiff:

Gateway One Lending & Finance, LLC
160 N. Riverview Drive, Suite 100
Anaheim, CA 92808

McCullough Payne & Haan, LLC
271 17th Street, NW, Suite 2200
Atlanta, Georgia 30363-1032

For the Defendants:

Gwenzella L. Holmes
5198 Winding Stream Court
Stone Mountain, GA 30088

Luther Holmes
5198 Winding Stream Court
Stone Mountain, GA 30088

Latrice Latin, Esq.
44 Broad Street NE, Suite 800
Atlanta, Georgia 30303

**IT IS FURTHER ORDERED** that in the event Defendants fail to cure the default after

proper notice, G.O.L.F. shall be entitled to pursue any and all remedies allowed by law to collect

the full balance owed on the Judgment Amount less credit for payments made by Defendants

hereunder.  G.O.L.F. shall also be entitled to collect all accrued post-judgment interest at the rate

as prescribed by law.

**END OF DOCUMENT**

PREPARED AND PRESENTED BY:


__/s/ Christopher J. Reading_
Christopher J. Reading
Georgia Bar No.: 141761
McCULLOUGH  PAYNE & HAAN, LLC
271 17th Street, NW, Suite 2200
Atlanta, Georgia 30363
creading@mphlawfirm.com
O:  (404) 873-1386
ATTORNEYS FOR GATEWAY ONE LENDING & FINANCE, LLC

CONSENTED TO BY:



_/s/ Latrice L. Latin_____
Latrice L. Latin
by Christopher J. Reading with express permission
Georgia Bar No.: 116907
THE LATIN LAW GROUP, LLC
44 Broad Street NE, Suite 800
Atlanta, Georgia 30303
llatin@latinlawgroupllc.com
O:  (678) 890-5868
ATTORNEY FOR DEFENDANTS

## DISTRIBUTION LIST

Debtor(s):
Gwenzella L. Holmes
5198 Winding Stream Court
Stone Mountain, GA 30088

Luther Holmes
5198 Winding Stream Court
Stone Mountain, GA 30088

Debtor(s ) Attorney:
Latrice Latin, Esq.
44 Broad Street NE, Suite 800
Atlanta, Georgia 30303

McCullough Payne & Haan
271 17th Street, NW, Suite 2200
Atlanta, GA  30363-6213